# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 10, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152747(63)

TINA MARIE BELL,
        Plaintiff-Appellee,

v

CITIZENS INSURANCE COMPANY OF
AMERICA and CITIZENS INSURANCE
COMPANY OF THE MIDWEST,
        Defendants-Appellants.
_____/

SC: 152747
COA: 322654
Allegan CC: 2011-048797-NI

On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before February 16, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2016



Clerk